1
2
3
4
5
6
7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   BENJAMIN CARANCHINI,

11              Petitioner,                    No. CIV S-10-2996 EFB P

12        vs.

13   SECRETARY, CDCR,

14              Respondent.         ORDER

15   _____/

16         Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C.

17   § 2254. Petitioner seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a).

18         Petitioner challenges administrative actions taken by prison authorities at Corcoran State

19   Prison in Kings County, and so this action should have been commenced in the district court in

20   Fresno. E.D. Cal. Local Rule 120(d). The court will not rule on petitioner's application for

21   leave to proceed *in forma pauperis*.

22         Accordingly, it is hereby ordered that:

23         1. This action is transferred to the district court in Fresno. *See* E.D. Cal. Local Rule

24   120(f).

25         2. The Clerk of Court shall assign a new case number.

26   ////

1

3. All future filings shall bear the new case number and shall be filed at:

>United States District Court
>Eastern District of California
>2500 Tulare Street
>Fresno, CA 93721

Dated: November 15, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2